127 A.3d 1287

Lawrence CULBERSON, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA COUNTY, Respondent.

No. 127 EM 2015.

Supreme Court of Pennsylvania.

Dec. 2, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** the Petition

for Writ of Mandamus and/or Extraordinary Relief is **GRANTED** to the extent it seeks mandamus relief, and the Court of Common Pleas of Philadelphia County is **DIRECTED** to dispose of Petitioner's pending filing within 90 days.